UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TRAMELL McGEE,

Defendant.

**DECISION AND ORDER**
**11-CR-194(1)S**

1.      On May 8, 2013, the Defendant entered into a written plea agreement (Docket No. 120) and pled guilty to a one-count Superseding Information (Docket No. 118) charging a violation of Title 21 U.S.C. § 841(a)(1) (possession with intent to distribute, and distribution of, 28 grams or more of cocaine base).

2.      On May 8, 2013,  the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 122) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3.      This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C.  §636(b)(1) and Local Rule 59(b).

4.       This Court has carefully reviewed *de novo* Judge Foschio's May 8, 2013, Report and Recommendation, the plea agreement, the Superseding Information, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's May 8, 2013, Report and Recommendation (Docket No. 122) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Tramell McGee, is provisionally accepted, and he is now provisionally adjudged guilty of Title 21 U.S.C. § 841(a)(1).

SO ORDERED.


Dated:   May 30, 2013
         Buffalo, New York


                                        s/William M. Skretny
                                     WILLIAM M. SKRETNY
                                          Chief Judge
                                   United States District Court