UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

KEVIN BATTLES,

        Defendant.

**DECISION AND ORDER**
**11-CR-194S**

1. On May 14, 2013, the Defendant entered into a written plea agreement (Docket No. 132) and pled guilty to Count Ten of the Indictment (Docket No. 1) charging a violation of Title 21 U.S.C. § 841(a)(1) (possession with intent to distribute, and distribution, of cocaine base).

2. On May 14, 2013, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 135) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's May 14, 2013, Report and Recommendation, the plea agreement, the Indictment, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's May 14, 2013, Report and Recommendation (Docket No. 135) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Kevin Battles, is accepted, and he is now adjudged guilty of Title 21 U.S.C. § 841(a)(1).

SO ORDERED.

Dated: June 16, 2013
        Buffalo, New York

                                        s/William M. Skretny
                                        WILLIAM M. SKRETNY
                                        Chief Judge
                                        United States District Court